THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS 

PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Troy Burgess, Appellant.
 
 
 

Appeal From Sumter County
Clifton Newman, Circuit Court Judge
Unpublished Opinion No. 2007-UP-305
Submitted June 1, 2007  Filed June 11, 2007
APPEAL DISMISSED

 
 
 
 Appellate Defender Robert M. Dudek, of Columbia, for Appellant. 
 
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, and Assistant Deputy Attorney General Donald J. Zelenka, all of Columbia; and Solicitor Cecil Kelly Jackson, of Sumter, for Respondent.
 
 
 

PER CURIAM:  Troy Burgess appeals his conviction and life sentence for murder.  Counsel for Burgess attached to the final brief a petition to be relieved as counsel.  Burgess did not file a separate pro se response brief.  
 
After a review of the record as required by Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we hold there are no directly appealable issues that are arguable on their merits.  Accordingly, we dismiss the appeal and grant counsels petition to be relieved.[1]
APPEAL DISMISSED.
STILWELL, SHORT, and WILLIAMS, JJ., concur.  

[1]  We decide this case without oral argument pursuant to Rule 215, SCACR.